IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 614, AFL-CIO,<br><br>        Plaintiff,<br><br>   v.<br><br>PECO ENERGY COMPANY,<br><br>        Defendant. | CIVIL ACTION<br>NO. 18-2283 |

## ORDER

**AND NOW**, this 23rd day of August 2019, upon consideration the Plaintiff's Motion for Summary Judgment (Doc. No. 13), Defendant's Motion for Summary Judgment and to Confirm the Arbitration Award (Doc. No. 14), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and to Confirm the Arbitration Award (Doc. No. 15), Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 16), Defendant's Reply in Support of its Motion (Doc. No. 17), and Plaintiff's Reply in Support of its Motion (Doc. No. 18), and the arguments of counsel for the parties at the hearing held on June 3, 2019, it is **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**.

2. Defendant's Motion for Summary Judgment and to Confirm the Arbitration Award (Doc. No. 14) is **GRANTED**.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.